UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-10990 |
| KALPESH B. GANDHI, | ) | Chapter 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor. | ) | Hearing Date: Thurs., January 4, 2018 |
| | ) | Hearing Time: 10:00 a.m. |

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, January 4, 2018** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Deborah L. Thorne or any other Judge sitting in her stead, in **Courtroom 613**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee's Attorneys for the Allowance of Compensation and Reimbursement of Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate
of Kalpesh Gahndi

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on December 12, 2017, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-10990 |
| KALPESH B. GANDHI, | ) | Chapter 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | Hearing Date: Thurs., January 4, 2018 |
| Debtor. | ) | at 10:00 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein, (the "Trustee") moves this Court, pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period June 25, 2012 through October 12, 2017. In support of this application, Much Shelist states as follows:

1. On March 20, 2012, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed interim trustee, qualified and continues to serve as Trustee in this case.

2. On July 3, 2012, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered as attorneys for the Trustee. Much Shelist is not seeking compensation for the services identified

on Exhibit "A" as part of this Application. Mr. Newman is filing a separate Application for Trustee Compensation.

4      Much Shelist is entitled to receive final compensation in the amount of $3,659.50 plus reimbursement of expenses in the amount of $5.30 for services rendered during the period of June 25, 2012 through October 12, 2017.

5.      Much Shelist provided 6.40 hours of services on behalf of the Trustee during the time period covered by this application.

6.      The following is a summary of time expended, by individual, during the time period covered by this application. The summary below references their rates during the applicable time period.

| Attorney | | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|---|
| Norman B. Newman | (1/1/12-12/31/12) | 1.60 hrs. | $595.00/hr. | $952.00 |
| Norman B. Newman | (1/1/13-12/31/13) | 1.20 hrs. | $605.00/hr. | 726.00 |
| Norman B. Newman | (1/1/14-12/31/15) | 1.50 hrs. | $625.00/hr. | 937.50 |
| Norman B. Newman | (1/1/17-Present) | .80 hrs. | $655.00/hr. | 524.00 |
| Jeffrey L. Gansberg | (1/1/12-12/31/12) | 1.30 hrs. | $400.00/hr. | 520.00 |
| | | | | |
| **TOTAL:** | | **6.40 hrs.** | | **$3,659.50** |

7.      Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8.      At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate. As more fully detailed in

8191056_1

the statement of services attached hereto as Exhibit "B", Much Shelist provided services with respect to the following matters:

      A.    **General Administation (Tab No. B-1):** A total of 4.60 hours of time was expended by Much Shelist pertaining to General Administration. At the Section 341 meeting, the Trustee learned that the Debtor was awarded a judgment in the amount of $140,664.31 in the Circuit Court of Cook County, Law Division case, entitled *In re: Kalpesh Gandhi v. Uday Gandhi*, Case No. 11 L 5385. Shortly thereafter, the Defendant, Uday Gandhi, filed a Chapter 13 bankruptcy petition under Case No. 12-23413. Counsel reviewed the Chapter 13 plan documents and corresponded with the Chapter 13 Debtor's attorney regarding repayment plans. Much Shelist attorneys prepared and filed a proof of claim in the Chapter 13 case on behalf of the Trustee. Time was also spent reviewing and corresponding with the Debtor's attorney on motions for stay relief, to sell real estate and to abandon property. Counsel reviewed the claims register for objectionable claims and discovered that only one claim had been filed prior to the Claims Bar Date. Time was spent drafting a letter to all creditors of the estate advising them that funds might be available for distribution and that creditors could file claims for possible distribution.

      As a result of monies received from the filing the proof of claim in the Chapter 13 case of Uday Gandhi, approximately $28,000 was recovered for the benefit of creditors of this estate.

      The individuals who provided services in connection with General Administrative matters and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.10 hrs. | $595.00/hr. | $654.50 |
| Norman B. Newman | 1.20 hrs. | $605.00/hr. | 726.00 |
| Norman B. Newman | 1.50 hrs. | $625.00/hr. | 937.50 |
| Norman B. Newman | .20 hrs. | $655.00/hr. | 131.00 |
| Jeffrey L. Gansberg | .60 hrs. | $400.00/hr. | 240.00 |

|  |  |  |  |
|---|---|---|---|
| TOTAL | 4.60 hrs. |  | $2,689.00 |

B.  **Retention of Professionals (Tab No. B-2):** A total of 1.20 hours of time was expended by Much Shelist on the preparation of and appearance in Court on the Trustee's Motion to Employ Attorney.

The individuals who provided services in connection with the Retention of Professionals and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .50 hrs. | $595.00/hr. | $297.50 |
| Jeffrey L. Gansberg | .70 hrs. | $400.00/hr. | 280.00 |
|  |  |  |  |
| TOTAL: | 1.20 hrs. |  | $577.50 |

C.  **Fee Matters (Tab No. B-3):** Much Shelist expended total of .80 hours of time dealing with the preparation of Much Shelist's final fee applications.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .60 hrs. | $655.00/hr. | $393.00 |
|  |  |  |  |
| TOTAL | .60 hrs. |  | $393.00 |

9. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $5.30. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. The charge for photocopies is 10¢ per page. Facsimile charges are billed at the rate of $1.00 per page, incoming and outgoing. Much Shelist asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

10. By reason of the foregoing, Much Shelist states that it is entitled to a final award of compensation and reimbursement of out-of-pocket expenses for services rendered to the

8191056_1

Trustee in this matter. Unfortunately, despite the fact that the Trustee filed a Report of Assets, and notice was sent to creditors fixing Time to File Proof of Claims, only two proof of claims were filed. The Debtor will receive any funds remaining after payment to the claimants and payments made on awarded Chapter 7 administrative expense claims.

**WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $3,659.50 plus reimbursement of out-of-pocket expenses in the amount of $5.30 for services rendered during the period June 25, 2012 through October 12, 2017.

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

    Respectfully Submitted,

    **Much Shelist, P.C.**

    /s/ Norman B. Newman
    **Norman B. Newman, Trustee**

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive ,Suite 1800
Chicago, IL 60606
(312) 521-2000
nnewman@muchshelist.com

8191056_1

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-10990 |
| KALPESH B. GANDHI, | ) | Chapter 7 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Hearing Date: January 4, 2018 |
| | ) | Hearing Time: 10:00 a.m. |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES**

Name of Applicant:   Much Shelist, P.C.

Authorized to provide professional services to:   Norman B. Newman, Chapter 7 Trustee

Date of Order Authorizing Employment:   July 3, 2017

Period for which compensation is sought:   6/25/12 thru 10/12/17

Amount of fees sought:   $3,659.50

Amount of expense reimbursement sought:   $5.30

Retainer previously received:   $0.00

This is a(n):   Interim Application ___   Final Application  X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated:  12/12/17                                                      **MUCH SHELIST, P.C.**

By:  /s/Norman B. Newman

8191056_1