UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-10990 |
| KALPESH B. GANDHI, ) | Chapter 7 |
| ) | Honorable Deborah L. Thorne |
| ) | |
| Debtor. ) | Hearing Date: Thurs., January 4, 2018 |
| ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, January 4, 2018** at **10:00 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Deborah L. Thorne or any other Judge sitting in her stead, in **Courtroom 613**, of the Dirksen Federal Building, 219 South Dearborn, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for Compensation and Expenses,** a copy of which is hereby served upon you.

/s/ Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate
of Kalpesh B. Gandhi

Norman B. Newman, ARDC No. 02045427
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile:  312.521.2100

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on December 12, 2017, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/Norman B. Newman

8318653_1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GANDHI, KALPESH B. | ) | Case No. 12-10990 |
| | ) | |
| | ) | Hon. Deborah L. Thorne |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE DEBORAH L. THORNE

NOW COMES Norman B. Newman, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,292.06 as compensation and $0.00 for reimbursement of expenses, $$0.00 amount of which has previously been paid.

I.  COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $15,420.59. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | | |
|---|---|---|---|---|
| 25% on 1st | $ | 5,000 | = | $1,250.00 |
| 10% on next | $ | 45,000 | = | $1,042.06 |
| 5% on next | $ | 950,000 | = | $0.00 |
| 3% on balance over | $ | 1,000,000 | = | $0.00 |
| | | | | |
| TOTAL COMPENSATION | | | = | $2,292.06 |

8318653_1

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES:   .00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: December 12, 2017

/s/ Norman B. Newman
Norman B. Newman, Trustee
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606

8318653_1