UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-10990 |
| KALPESH B. GANDHI, | ) | Chapter 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor. | ) | Hearing Date: Thurs., January 4, 2018 |
| | ) | Hearing Time: 10:00 a.m. |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on December 12, 2017, he serve a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

    /s/ Norman B. Newman
    Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

8493035_1

## **SERVICE LIST**

Office of the U.S. Trustee
219 S. Dearborn Street, Suite 800
Chicago, IL 60604

Ann M. Houha
Beutler Law Center, Ltd.
16335 N. Harlem Avenue, 4th Floor
Tinley Park, IL 60477

Kalpesh B. Gandhi
4932 W. Fargo Avenue
Skokie, IL 60077

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH 43054-3025

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

8493035_1