UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-10990 |
| KALPESH B. GANDHI, ) | Chapter 7 |
| ) | Honorable Deborah L. Thorne |
| ) | |
| Debtor. ) | |

### NOTICE OF WITHDRAWAL OF FINAL ACCOUNT
### AND APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

Now comes Norman B. Newman, Trustee herein and hereby withdraws his Final Account and Application to Close Case and Discharge Trustee, filed in the above-referenced case on January 24, 2018 (docket #49).

Dated: January 26, 2018

Respectfully submitted,

By:   /s/ Norman B. Newman

Norman B. Newman (Atty. ID# 02045427)
**Much Shelist, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Facsimile: 312-521-2100

8625631_1