**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GANDHI, KALPESH B.        §   Case No. 12-10990
                                 §
                                 §
                                 §
     Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $139,301.49 *(without deducting any secured claims)* | Assets Exempt: $22,400.00 |
| Total Distributions to Claimants: $8,228.29 | Claims Discharged Without Payment: $47,872.64 |
| Total Expenses of Administration: $7,192.31 | |

　　　　3) Total gross receipts of $27,850.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $12,430.09 (see **Exhibit 2**), yielded net receipts of $15,420.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $225,737.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,192.31 | $7,192.31 | $7,192.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $55,979.62 | $8,137.41 | $8,228.29 | $8,228.29 |
| **TOTAL DISBURSEMENTS** | $281,716.62 | $15,329.72 | $15,420.60 | $15,420.60 |

4) This case was originally filed under chapter 7 on 03/20/2012.  The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2018         By: /s/ Norman B. Newman
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DEFAULT JUDGMENT | 1129-000 | $27,850.69 |
| **TOTAL GROSS RECEIPTS** | | **$27,850.69** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GANDHI, KALPESH B. | Distribution payment - pursuant to Court Order dated January 4, 2018 | 8200-002 | $12,430.09 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$12,430.09** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Chase | 4110-000 | $124,458.00 | NA | NA | NA |
| N/F | Chase Card Services Cardmember Services | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Chase Home Finance LLC | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Wells Fargo Home Mortgage | 4110-000 | $101,279.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$225,737.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2100-000 | NA | $2,292.06 | $2,292.06 | $2,292.06 |
| Trustee, Fees - NORMAN B. NEWMAN, TRUSTEE | 2100-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees - MUCH P.C. SHELIST | 3110-000 | NA | $3,659.50 | $3,659.50 | $3,659.50 |
| Attorney for Trustee, Expenses - MUCH P.C. SHELIST | 3120-000 | NA | $5.30 | $5.30 | $5.30 |
| Bond Payments - ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $31.01 | $31.01 | $31.01 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $13.71 | $13.71 | $13.71 |
| Banking and Technology Service Fee - ASSOCIATED BANK | 2600-000 | NA | $80.00 | $80.00 | $80.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,110.73 | $1,110.73 | $1,110.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$7,192.31** | **$7,192.31** | **$7,192.31** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $31.00 | $61.43 | $61.43 | $61.43 |
| 1I | Discover Bank | 7990-000 | NA | NA | $0.69 | $0.69 |
| 2 | Chase Bank USA, N.A. | 7200-000 | $8,075.98 | $8,075.98 | $8,075.98 | $8,075.98 |
| 2I | Chase Bank USA, N.A. | 7990-000 | NA | NA | $90.19 | $90.19 |
| N/F | Arnold Harris P.C. | 7100-000 | NA | NA | NA | NA |
| N/F | Arnold Harris P.C. | 7100-000 | NA | NA | NA | NA |
| N/F | Chase Bank U.S.A., N.A. Card Services | 7100-000 | NA | NA | NA | NA |
| N/F | Chase Bank U.S.A., N.A. Card Services | 7100-000 | $8,075.98 | NA | NA | NA |
| N/F | Chase Bank U.S.A., N.A. Card Services | 7100-000 | NA | NA | NA | NA |
| N/F | Chase Bank U.S.A., N.A. Card Services | 7100-000 | $8,075.98 | NA | NA | NA |
| N/F | Department of Lottery | 7100-000 | $17,000.00 | NA | NA | NA |
| N/F | Discover Financial Services | 7100-000 | $31.00 | NA | NA | NA |
| N/F | Discover Financial Services | 7100-000 | $31.00 | NA | NA | NA |
| N/F | Equable Ascent Financial LLC | 7100-000 | $6,576.34 | NA | NA | NA |
| N/F | Equable Ascent Financial LLC | 7100-000 | $6,576.34 | NA | NA | NA |
| N/F | First Data | 7100-000 | $366.00 | NA | NA | NA |
| N/F | First Data | 7100-000 | $366.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Foster Bank | 7100-000 | $122.00 | NA | NA | NA |
| N/F | Foster Bank | 7100-000 | $122.00 | NA | NA | NA |
| N/F | Illinois Tollway Authority | 7100-000 | $212.00 | NA | NA | NA |
| N/F | Illinois Tollway Authority | 7100-000 | $212.00 | NA | NA | NA |
| N/F | National Action Financial Services | 7100-000 | NA | NA | NA | NA |
| N/F | National Action Financial Services | 7100-000 | NA | NA | NA | NA |
| N/F | Nationwide Credit, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Nationwide Credit, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $53.00 | NA | NA | NA |
| N/F | Nicor Gas | 7100-000 | $53.00 | NA | NA | NA |
| N/F | Office of the Comptroller Collections Unit | 7100-000 | NA | NA | NA | NA |
| N/F | United Collection Bureau | 7100-000 | NA | NA | NA | NA |
| N/F | United Collection Bureau | 7100-000 | NA | NA | NA | NA |
| N/F | United Collection Bureau | 7100-000 | NA | NA | NA | NA |
| N/F | United Collection Bureau | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$55,979.62** | **$8,137.41** | **$8,228.29** | **$8,228.29** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 12-10990 | | Trustee Name: | (330270) Norman B. Newman |
|---|---|---|---|---|
| Case Name: | GANDHI, KALPESH B. | | Date Filed (f) or Converted (c): | 03/20/2012 (f) |
| | | | § 341(a) Meeting Date: | 05/03/2012 |
| For Period Ending: | 01/19/2018 | | Claims Bar Date: | 05/07/2013 |

| **1**<br>Ref. # Asset Description<br>(Scheduled And Unscheduled (u) Property) | **2**<br>Petition/<br>Unscheduled<br>Values | **3**<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **4**<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | **5**<br>Sale/Funds<br>Received by the<br>Estate | **6**<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 REAL PROPERTY<br>Abandonned pursuant to Order dated 11/5/13 | 114,300.00 | 0.00 | OA | 0.00 | FA |
| 2 CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3 CHECKING ACCOUNT (FOSTER BANK) | 589.79 | 0.00 | | 0.00 | FA |
| 4 HOUSEHOLD GOODS & FURNISHINGS | 800.00 | 0.00 | | 0.00 | FA |
| 5 WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 LIFE INSURANCE (NEW YORK LIFE) | 15,829.20 | 15,829.20 | | 0.00 | FA |
| 7 DEFAULT JUDGMENT<br>Kalpesh Gandhi v. Uday Ghandhi - Case No. 11 L 5385 | 140,664.31 | 25,000.00 | | 27,850.69 | FA |
| 8 AUTOMOBILE - 07 HONDA | 5,987.50 | 0.00 | | 0.00 | FA |
| 9 AUTOMOBILE - 99 DODGE CARAVAN | 775.00 | 0.00 | | 0.00 | FA |
| **9** Assets Totals (Excluding unknown values) | **$279,965.80** | **$40,829.20** | | **$27,850.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final payment from Chapter 13 Trustee was received. Reviewing claims register and will begin TFR preparation.

**Current Projected Date Of Final Report (TFR):** 10/20/2017 (Actual)   **Initial Projected Date Of Final Report (TFR):** 12/31/2015

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 12-10990 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | GANDHI, KALPESH B. | Bank Name: | Associated Bank |
| Taxpayer ID #: | **-***7080 | Account #: | ******4285 Checking Account |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/06/13 | {7} | TOM VAUGHN, CHPATER 13 TRUSTEE | Payment recd. on account of p.o.c. | 1129-000 | 207.32 | | 207.32 |
| 02/15/13 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016026455 | 2300-000 | | 0.15 | 207.17 |
| 03/08/13 | {7} | VAUGHN, TOM | Payment recd. on acct. of p.o.c. | 1129-000 | 517.74 | | 724.91 |
| 04/05/13 | {7} | TOM VAUGHN, CHAPTER 13 TRUSTEE | Payment recd. on account of p.o.c. | 1129-000 | 517.72 | | 1,242.63 |
| 05/02/13 | {7} | TOM VAUGHN | Payment recd. on account of p.o.c. | 1129-000 | 517.73 | | 1,760.36 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,750.36 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,740.36 |
| 06/11/13 | {7} | TOM VAUGHN | Payment received on account of proof of claim | 1129-000 | 517.72 | | 2,258.08 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,248.08 |
| 07/09/13 | {7} | TOM VAUGHN | Payment recd. on account of p.o.c. | 1129-000 | 517.75 | | 2,765.83 |
| 08/02/13 | {7} | TOM VAUGHN | Payment recd. on account of p.o.c. | 1129-000 | 522.17 | | 3,288.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,278.00 |
| 09/05/13 | {7} | TOM VAUGHN | Payment received on account of proof of claim | 1129-000 | 522.09 | | 3,800.09 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,790.09 |
| 10/03/13 | {7} | TOM VAUGHN | Payment received on account of proof of claim | 1129-000 | 522.09 | | 4,312.18 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,302.18 |
| 11/04/13 | {7} | TOM VAUGHN | Payment received on account of proof of claim | 1129-000 | 517.13 | | 4,819.31 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,809.31 |
| 12/04/13 | {7} | TOM VAUGHN | Payment received on acct. of p.o.c. | 1129-000 | 517.18 | | 5,326.49 |
| 12/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,316.49 |
| 12/13/13 | | ASSOCIATED BANK | TRANSFER TO RABOBANK, N.A. | 9999-000 | | 5,316.49 | 0.00 |
| | | **COLUMN TOTALS** | | | 5,396.64 | 5,396.64 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 5,316.49 | |
| | | **Subtotal** | | | 5,396.64 | 80.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$5,396.64** | **$80.15** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 12-10990 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | GANDHI, KALPESH B. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7080 | Account #: | ******1166 Checking Account |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/13/13 | | RABOBANK, N.A. | TRANSFER FROM ASSOCIATED BANK | 9999-000 | 5,316.49 | | 5,316.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,306.49 |
| 01/03/14 | {7} | Tom Vaughn | Payment on Account of Proof of Claim | 1129-000 | 517.19 | | 5,823.68 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,813.68 |
| 02/04/14 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 517.19 | | 6,330.87 |
| 02/10/14 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2014 FOR CASE #12-10990, Bond #016026455 | 2300-000 | | 5.54 | 6,325.33 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,315.33 |
| 03/03/14 | {7} | Tom Vaughn | Installment on account of proof of claim | 1129-000 | 517.18 | | 6,832.51 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,822.51 |
| 04/02/14 | {7} | Tom Vaughn | Payment on Account of Proof of Claim | 1129-000 | 517.19 | | 7,339.70 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.13 | 7,328.57 |
| 05/02/14 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 517.19 | | 7,845.76 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.15 | 7,834.61 |
| 06/03/14 | {7} | Tom Vaughn | Payment on Account of Proof of Claim | 1129-000 | 1,034.36 | | 8,868.97 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.08 | 8,856.89 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.01 | 8,842.88 |
| 08/11/14 | {7} | Tom Vaughn | Payment on Account of Proof of Claim | 1129-000 | 1,077.40 | | 9,920.28 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.17 | 9,907.11 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.19 | 9,891.92 |
| 10/02/14 | {7} | Tom Vaughn, Chapter 13 Trustee | Payment on Account of Proof of Claim | 1129-000 | 538.45 | | 10,430.37 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.42 | 10,414.95 |
| 11/04/14 | {7} | Tom Vaughn, Chapter 13 Trustee | Payment on Account of Proof of Claim | 1129-000 | 519.19 | | 10,934.14 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.02 | 10,920.12 |
| 12/02/14 | {7} | Tom Vaughn, Chapter 13 Trustee | Payment on Account of Proof of Claim | 1129-000 | 519.92 | | 11,440.04 |

| | | | Page Subtotals: | | $11,591.75 | $151.71 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)         ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 12-10990 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | GANDHI, KALPESH B. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7080 | Account #: | ******1166 Checking Account |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 18.49 | 11,421.55 |
| 01/05/15 | {7} | Tom Vaughn, Chapter 13 Trustee | Payment on Account of Proof of Claim | 1129-000 | 519.91 |  | 11,941.46 |
| 01/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 17.00 | 11,924.46 |
| 02/04/15 | {7} | Tom Vaughn | Payment on Account of Proof of Claim | 1129-000 | 519.90 |  | 12,444.36 |
| 02/11/15 | 10102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #12-10990, Bond Number 10BSBGR6291 Voided on 02/11/2015 | 2300-004 |  | 4.58 | 12,439.78 |
| 02/11/15 | 10102 | Adams Levine | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #12-10990, Bond Number 10BSBGR6291 Voided: check issued on 02/11/2015 | 2300-004 |  | -4.58 | 12,444.36 |
| 02/11/15 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #12-10990, Bond Number 10BSBGR6291 Voided on 02/11/2015 | 2300-004 |  | 4.69 | 12,439.67 |
| 02/11/15 | 10103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #12-10990, Bond Number 10BSBGR6291 Voided: check issued on 02/11/2015 | 2300-004 |  | -4.69 | 12,444.36 |
| 02/11/15 | 10104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/11/2015 FOR CASE #12-10990, BOND NUMBER 10BSBGR6291 | 2300-000 |  | 4.69 | 12,439.67 |
| 02/27/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 16.55 | 12,423.12 |
| 03/03/15 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.91 |  | 12,943.03 |
| 03/31/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 19.73 | 12,923.30 |
| 04/03/15 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.91 |  | 13,443.21 |
| 04/30/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 19.18 | 13,424.03 |
| 05/06/15 | {7} | Tom Vaughn | Payment on account of Proof of Claim | 1129-000 | 519.91 |  | 13,943.94 |
| 05/29/15 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 19.21 | 13,924.73 |
| 06/02/15 | {7} | Tom Vaughn | Payment on Account of Proof of Claim | 1129-000 | 519.92 |  | 14,444.65 |

**Page Subtotals:** $3,119.46    $114.85

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 12-10990 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | GANDHI, KALPESH B. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7080 | Account #: | ******1166 Checking Account |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.03 | 14,422.62 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.43 | 14,401.19 |
| 08/04/15 | {7} | Tom Vaughn | Payment on Account of Proof of Claim | 1129-000 | 1,050.72 | | 15,451.91 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.23 | 15,430.68 |
| 09/03/15 | {7} | Tom Vaughn | Payment on Account of Proof of Claim | 1129-000 | 530.81 | | 15,961.49 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.33 | 15,937.16 |
| 10/05/15 | {7} | THOMAS VAUGHN | Payment on Account of Proof of Claim | 1129-000 | 530.81 | | 16,467.97 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.53 | 16,444.44 |
| 11/03/15 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 530.81 | | 16,975.25 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.47 | 16,951.78 |
| 12/03/15 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.36 | | 17,471.14 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.49 | 17,443.65 |
| 01/05/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.37 | | 17,963.02 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.75 | 17,938.27 |
| 02/02/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.36 | | 18,457.63 |
| 02/17/16 | 10105 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #12-10990, Bond #10BSBGR6291 | 2300-000 | | 26.32 | 18,431.31 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.46 | 18,405.85 |
| 03/03/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.37 | | 18,925.22 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.71 | 18,895.51 |
| 04/04/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.36 | | 19,414.87 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.79 | 19,388.08 |
| 05/04/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.37 | | 19,907.45 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.42 | 19,880.03 |
| 06/03/16 | {7} | Thomas Vaughn | Payment on account of proof of claim | 1129-000 | 519.36 | | 20,399.39 |

Page Subtotals:   $6,278.70   $323.96

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 12-10990 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | GANDHI, KALPESH B. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7080 | Account #: | ******1166 Checking Account |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.96 | 20,367.43 |
| 07/05/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.37 | | 20,886.80 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.81 | 20,857.99 |
| 08/02/16 | {7} | Tom Vaughn | Payment on account of proof of claim. | 1129-000 | 519.36 | | 21,377.35 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.60 | 21,343.75 |
| 09/07/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.38 | | 21,863.13 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.16 | 21,831.97 |
| 10/04/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.35 | | 22,351.32 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.86 | 22,320.46 |
| 11/03/16 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 543.89 | | 22,864.35 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.82 | 22,829.53 |
| 12/06/16 | {7} | Thomas Vaughn | Payment on account of proof of claim | 1129-000 | 519.91 | | 23,349.44 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.31 | 23,316.13 |
| 01/05/17 | {7} | Tom Vaughn | Payment on account of proof of claim | 1129-000 | 519.91 | | 23,836.04 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.38 | 23,799.66 |
| 02/03/17 | {7} | Tom Vaughn | Payment on account of proof of claim. | 1129-000 | 519.91 | | 24,319.57 |
| 02/13/17 | 10106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2017 FOR CASE #12-10990, Bond #016073584 | 2300-000 | | 8.02 | 24,311.55 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.49 | 24,279.06 |
| 03/06/17 | {7} | Tom Vaughn | Payment made on account of proof of claim | 1129-000 | 519.91 | | 24,798.97 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.68 | 24,762.29 |
| 04/04/17 | {7} | Tom Vaughn | Payment made on account of proof of claim | 1129-000 | 519.90 | | 25,282.19 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.81 | 25,248.38 |
| 05/02/17 | {7} | Tom Vaughn | Payment made on account of proof of claim | 1129-000 | 225.81 | | 25,474.19 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.24 | 25,433.95 |

Page Subtotals:   $5,446.70   $412.14

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 12-10990 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | GANDHI, KALPESH B. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7080 | Account #: | ******1166 Checking Account |
| For Period Ending: | 01/19/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.58 | 25,397.37 |
| 07/05/17 | {7} | Tom Vaughn | Payment made on account of proof of claim | 1129-000 | 1,333.93 | | 26,731.30 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.78 | 26,694.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.23 | 26,652.29 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.05 | 26,615.24 |
| 01/08/18 | 10107 | Norman B. Newman | Distribution payment - pursuant to Court Order dated January 4, 2018 | 2100-000 | | 2,292.06 | 24,323.18 |
| 01/08/18 | 10108 | MUCH P.C. SHELIST | Distribution payment - pursuant to Court Order dated January 4, 2018 | 3120-000 | | 5.30 | 24,317.88 |
| 01/08/18 | 10109 | MUCH P.C. SHELIST | Distribution payment - pursuant to Court Order dated January 4, 2018 | 3110-000 | | 3,659.50 | 20,658.38 |
| 01/08/18 | 10110 | Discover Bank | Distribution payment - pursuant to Court Order dated January 4, 2018 | 7100-000 | | 61.43 | 20,596.95 |
| 01/08/18 | 10111 | Discover Bank | Distribution payment - pursuant to Court Order dated January 4, 2018 | 7990-000 | | 0.69 | 20,596.26 |
| 01/08/18 | 10112 | Chase Bank USA, N.A. | Distribution payment - pursuant to Court Order dated January 4, 2018 | 7200-000 | | 8,075.98 | 12,520.28 |
| 01/08/18 | 10113 | Chase Bank USA, N.A. | Distribution payment - pursuant to Court Order dated January 4, 2018 | 7990-000 | | 90.19 | 12,430.09 |
| 01/08/18 | 10114 | GANDHI, KALPESH B. | Distribution payment - pursuant to Court Order dated January 4, 2018 | 8200-002 | | 12,430.09 | 0.00 |
| | | **COLUMN TOTALS** | | | **27,770.54** | **27,770.54** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 5,316.49 | 0.00 | |
| | | **Subtotal** | | | **22,454.05** | **27,770.54** | |
| | | Less: Payments to Debtors | | | | 12,430.09 | |
| | | **NET Receipts / Disbursements** | | | **$22,454.05** | **$15,340.45** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-10990 | **Trustee Name:** | Norman B. Newman (330270) |
| **Case Name:** | GANDHI, KALPESH B. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7080 | **Account #:** | ******1166 Checking Account |
| **For Period Ending:** | 01/19/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4285 Checking Account | $5,396.64 | $80.15 | $0.00 |
| ******1166 Checking Account | $22,454.05 | $15,340.45 | $0.00 |
| | **$27,850.69** | **$15,420.60** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)